**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **ALETA MACK,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | C.A. No. 1:17-cv-00297 (TSE-MSN) |
| | ) | |
| **CGI FEDERAL INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF HEARING

Please take notice that on Friday, May 26, 2017, at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendant CGI Federal Inc., through undersigned counsel, will appear before this Honorable Court, in the United States District Courthouse, 401 Courthouse Square, Alexandria, Virginia, 22314, to present Defendant's Motion to Dismiss, previously filed herein (Doc 5).

Dated: April 25, 2017

Respectfully submitted,

CGI FEDERAL INC.

/s/ *R. Mark Dare*
R. Mark Dare (VSB No. 14146)
Alison D. Stuart (VSB No. 77368)
IslerDare P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Telephone: (703) 748-2690
Facsimile: (703) 748-2695
Email: mdare@islerdare.com
Email: astuart@islerdare.com
*Counsel for Defendant CGI Federal Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April, 2017, the foregoing was filed using the CM/ECF system and sent via electronic and United States mail to the following:

Aleta Mack
2850 S. Quincy Street, #6022
Arlington, Virginia 22206
Email: aletamack@yahoo.com
*Pro se Plaintiff*

      /s/ R. Mark Dare
R. Mark Dare (VSB No. 14146)
IslerDare P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Telephone: (703) 748-2690
Facsimile: (703) 748-2695
Email: mdare@islerdare.com
*Counsel for Defendant CGI Federal Inc.*